1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REVEREND DR. KAMAL K. ROY,          )
                                    )
                    Plaintiff,      )          CASE NO.  C07-1419-RSL
                                    )
        v.                          )
                                    )
ALL STATE BOARD OF                  )
ELECTIONS, et al.,                  )
                                    )
                    Defendants.     )
_____)

Plaintiff, who is proceeding *pro se*, has filed a motion for leave to proceed *in forma pauperis* along with a proposed complaint under 42 U.S.C. § 1983.  (Dkt. #1).

A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.  *See O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990) (citing *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987)).  Pursuant to 28 U.S.C. § 1915 (e)(2)(B), this Court shall dismiss an action if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or it seeks monetary relief from a defendant who is immune from such relief.

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 1

Here, Plaintiff's proposed complaint is an 82-page combination of handwritten pages and copies of various documents, including Orders from several federal courts, bank statements/transaction receipts, correspondence from medical treatment providers, printouts from internet web sites, and pre-printed forms.  Each document contains handwritten comments around the margins of the page or across the printed text of the document.  While it appears that Plaintiff attempts to pursue this action against a number of defendants, the Court finds it impossible to plainly identify each defendant given the manner in which Plaintiff presents this complaint.  Moreover, the handwritten pages of Plaintiff's complaint set forth a rambling series of incomprehensible statements that:  (a) fail to specifically identify what federal statutory or constitutional rights were allegedly violated and (b) fail to show how the named defendants personally participated in depriving Plaintiff of his federal statutory or constitutional rights.

Thus, in this case, Plaintiff's complaint appears to be frivolous and fails to state a claim upon which relief may be granted.  Accordingly, Plaintiff's request to proceed *in forma pauperis* is DENIED and this action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

DATED this 9th day of October, 2007.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 4th day of October, 2007.


   /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
AND DISMISSING CASE - 2